**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

-------------------------------------------------- X

In re:

Alain Denneulin,

                                Debtor.

-------------------------------------------------- X

Chapter: 11

Case No.: 20-43261-ESS

Judge: Hon. Elizabeth S. Stong

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLC hereby

appears in this matter on behalf of JPMorgan Chase Bank, National Association with respect to

its interest in the real property described as 4799 S DURHAM ESTATES, Acra, NY 12405.

Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence

to the undersigned.

                         MCCALLA RAYMER LEIBERT PIERCE, LLC
                         Attorneys for JPMorgan Chase Bank, National
                         Association

Dated: September 21, 2020     By:   */s/ Melissa Licker*
                         Melissa Licker
                         420 Lexington Avenue, Suite 840
                         New York, NY 10170
                         Telephone: (347) 286-7409
                         Facsimile: (347) 286-7414
                         NY_ECF_Notices@McCalla.com